IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 20-cv-03697-RMR-SKC

STACIE R. TRUJILLO,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS FOR WELD COUNTY, et al.,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by Judge Regina M. Rodriguez on January 24, 2023 [ECF No. 40] it is

ORDERED that this action is DISMISSED WITH PREJUDICE.

FURTHER ORDERED that judgment is entered in favor of the Defendants and against the Plaintiff.

FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days after the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 24th day of January, 2023.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/K. Myhaver
     K. Myhaver
     Deputy Clerk